**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Deep Hash Mining LLC v. United Parcel Service, Inc., et al.

Case Number: 1:25-cv-03164

An appearance is hereby filed by the undersigned as attorney for:

United Parcel Service, Inc.

Attorney name (type or print): John C. Ellis

Firm: Ellis Legal, P.C.

Street address: 200 W. Madison Street, Suite 2670

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6286102
(See item 3 in instructions)

Telephone Number: (312) 967-7629

Email Address: jellis@ellislegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/29/2025

Attorney signature: S/ John C. Ellis
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023