IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEEP HASH MINING, LLC, <br> A foreign limited liability corporation | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No. 1:25-cv-03164 |
| v. | ) <br> ) | |
| UNITED PARCEL SERVICE, INC., <br> BITMARS GROUP, INC., SHENZHEN <br> SHICHENG CLOUD COMPUTING <br> TECHNOLOGY CO., LTD., <br> SHENZEN ZINTIANCHEN FREIGHT <br> FORWARDING CO., LTD. AND PING AN <br> PROPERTY & CASUALTY INSURANCE <br> OF CHINA LTD. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, UNITED PARCEL SERVICE, INC. ("UPS, Inc."), by and through its attorneys, ELLIS LEGAL P.C., and for its Unopposed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its Complaint on March 25, 2025 [ECF No. 1].

2. On April 7, 2025, Plaintiff filed a Summons demonstrating service on UPS, Inc [ECF No. 13].

3. Defendant UPS, Inc.'s current deadline to answer or otherwise plead is May 7, 2025.

4. The undersigned counsel has only been recently retained and needs time to investigate the factual allegations and legal claims within the Complaint.

5. From May 13, 2025 to May 20, 2025, the undersigned counsel will be out of state on a pre-planned family vacation.

6. In order to adequately prepare a responsive pleading, Defendant UPS, Inc. requests an extension of twenty-one (21) days, up to and including May 28, 2025, to answer or otherwise plead in response to Plaintiff's Complaint.

7. This motion is filed in good faith and without any intent of delaying the matter.

8. Plaintiff's counsel has indicated he has no objection to the relief sought herein.

WHEREFORE, for the foregoing reasons, Defendant UNITED PARCEL SERVICE, INC., respectfully request this Honorable Court grant an extension of its deadline to answer or otherwise plead in response to Plaintiff's Complaint up to and including May 28, 2025, and for any other relief the Court deems just and proper.

Dated: May 1, 2025                                    Respectfully submitted,

                                                      By:   /s/ John C. Ellis

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison Street
Suite 2670
Chicago, IL 60606
(312) 967-7629
jellis@ellislegal.com
*Attorney for Defendant
United Parcel Service, Inc.*