Civil Action No.    1:25-cv-03164

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ping AN Property & Casualty Insurance of China** was recieved by me on **4/15/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Nadira Susankar**, who is designated by law to accept service of process on behalf of **Ping AN Property & Casualty Insurance of China** at **111 Town Square Pl Ste 1518, Jersey City, NJ 07310** on **04/16/2025 at 10:54 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  04/29/2025

*Server's signature*

**Luis French**
*Printed name and title*

**55 Hague St.
3
Jersey City, NJ 07307**

*Server's address*

Additional information regarding attempted service, etc:

**By delivery to Nadira Susankar, I delivered the documents, COMPLAINT; SUMMONS,  to nadira susankar who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be an Indian race, black-haired female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0167629518**