IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEEP HASH MINING, LLC, ) <br> A foreign limited liability corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> BITMARS GROUP, INC., SHENZHEN ) <br> SHICHENG CLOUD COMPUTING ) <br> TECHNOLOGY CO., LTD., ) <br> SHENZEN ZINTIANCHEN FREIGHT ) <br> FORWARDING CO., LTD. AND PING AN ) <br> PROPERTY & CASUALTY INSURANCE ) <br> OF CHINA LTD. ) <br> ) <br> Defendants. ) | Case No. 1:25-cv-03164 |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S**
**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, UNITED PARCEL SERVICE, INC. ("UPS, Inc."), by and through its attorneys, ELLIS LEGAL P.C., and for its Second Unopposed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its Complaint on March 25, 2025 [ECF No. 1].

2. On April 7, 2025, Plaintiff filed a Summons demonstrating service on Defendant UPS, Inc. [ECF No. 13].

3. On May 1, 2025, UPS, Inc. filed its first unopposed motion for extension of time to answer or otherwise plead in response to Plaintiff's complaint [ECF No. 15].

4. On May 2, 2025, the Honorable Mary M. Rowland granted [15], providing UPS, Inc. up to and including May 28, 2025 to answer or otherwise plead in response to Plaintiff's complaint [ECF No. 16].

5. The undersigned counsel recently returned from a family vacation and requests a brief additional extension of time to finalize UPS, Inc.'s response to Plaintiff's complaint.

6. Defendant UPS, Inc. requests an extension of seven (7) days, up to and including June 4, 2025, to answer or otherwise plead in response to Plaintiff's Complaint.

7. This motion is filed in good faith and without any intent of delaying the matter.

8. Plaintiff's counsel has indicated he has no objection to the relief sought herein.

WHEREFORE, for the foregoing reasons, Defendant UNITED PARCEL SERVICE, INC. respectfully requests this Honorable Court grant an extension of its deadline to answer or otherwise plead in response to Plaintiff's Complaint up to and including June 4, 2025, and for any other relief the Court deems just and proper.

Dated: May 28, 2025					Respectfully submitted,

							By: /s/ John C. Ellis

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison Street
Suite 2670
Chicago, IL 60606
(312) 967-7629
jellis@ellislegal.com
*Attorney for Defendant*
*United Parcel Service, Inc.*