# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEEP HASH MINING, LLC,<br>A foreign limited liability corporation | )<br>)<br>) | |
| Plaintiff, | ) | Case No. 1:25-cv-03164 |
| v. | )<br>) | |
| UNITED PARCEL SERVICE, INC., | ) | Judge Mary M. Rowland |
| BITMARS GROUP, INC., SHENZHEN SHICHENG CLOUD COMPUTING TECHNOLOGY CO., LTD., SHENZEN ZINTIANCHEN FREIGHT FORWARDING CO., LTD. AND PING AN PROPERTY & CASUALTY INSURANCE OF CHINA LTD. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2)**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant, UNITED PARCEL SERVICE, INC. ("UPS"), by and through its attorneys, ELLIS LEGAL P.C., move this Court for an Order dismissing Plaintiff's Complaint against UPS for lack of personal jurisdiction. The grounds for this Motion are stated in UPS's Memorandum in Support of its 12(b)(2) Motion to Dismiss.

WHEREFORE, UNITED PARCEL SERVICE, INC. respectfully requests that the Court enter an Order granting this motion, dismissing this action against UPS, and awarding UPS any further relief that the Court deems just and proper.

Dated: June 4, 2025

Respectfully submitted,

/s/ John Ellis
*One of United Parcel Services, Inc.'s Attorneys*

John C. Ellis (ARDC #6286102)
ELLIS LEGAL, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 219-3304
jellis@ellislegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2025, a copy of the foregoing was filed with the Court using the Clerk of Court's CM/ECF system, which by its operation will send notice of this filing to all counsel of record.

                                                           /s/ John Ellis
                                                           *One of United Parcel Services, Inc.'s Attorneys*