# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 01/24/2025 10:21:18

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | UNITED PARCEL SERVICE, INC. |
| **CONTROL NUMBER** | : | H860934 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Ohio |
| **ANNUAL REGISTRATION PERIOD** | : | 2025 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 55 GLENLAKE PARKWAY, NE, ATLANTA, GA, 30328, USA |
| **REGISTERED AGENT NAME** | : | CSC of Cobb County, Inc. |
| **REGISTERED OFFICE ADDRESS** | : | 192 Anderson Street SE, Suite 125, Marietta, GA, 30060, USA |
| **REGISTERED OFFICE COUNTY** | : | Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brian Cannon | CEO | 55 GLENLAKE PKWY, NE, ATLANTA, GA, 30328, USA |
| BRIAN O. NEWMAN | CFO | 55 GLENLAKE PKWY, NE, ATLANTA, GA, 30328, USA |
| NORMAN M. BROTHERS, JR. | Secretary | 55 GLENLAKE PKWY, NE, ATLANTA, GA, 30328, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 55 Glenlake Parkway NE, Atlanta, GA, 30328, USA |
| **REGISTERED AGENT NAME** | : | CSC of Cobb County, Inc. |
| **REGISTERED OFFICE ADDRESS** | : | 192 Anderson Street SE, Suite 125, Marietta, GA, 30060, USA |
| **REGISTERED OFFICE COUNTY** | : | Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Brian Cannon | CEO | 55 Glenlake Parkway NE, Atlanta, GA, 30328, USA |
| Brian Michael Dykes | CFO | 55 Glenlake Parkway NE, Atlanta, GA, 30328, USA |
| Norman M. Brothers, Jr. | Secretary | 55 Glenlake Parkway NE, Atlanta, GA, 30328, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Richard D. Bishop |
| **AUTHORIZER TITLE** | : | Officer |