**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEEP HASH MINING, LLC,** <br> A foreign limited liability corporation, <br><br> Plaintiff, <br><br> v. <br><br> **BITMARS GROUP, INC., SHENZHEN SHICHENG CLOUD COMPUTING TECHNOLOGY CO., LTD., SHENZHEN ZINTIANCHEN FREIGHT FORWARDING CO., LTD., AND UNITED PARCEL SERVICE, INC.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 25 cv 03164 <br> ) District Judge Mary M. Rowland <br> ) Magistrate Judge M. David Weisman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DECLARATION OF MICHAEL SHACTER**

1. My name is Michael Shacter. I and am in all respects fully competent to make this Declaration. Under the penalty of perjury, I declare that the foregoing statements are true and correct to the best of my knowledge.

2. On or about March 2025, I attempted to use United Parcel Service, Inc.'s online tracking portal to identify the route taken by UPS.

3. I received a response that the tracking information was no longer available.

4. On or about  I contacted UPS customer service and provided a UPS customer service representative with a tracking number associated with the servers that were destroyed and are a subject of this case.

5. The UPS customer service representative stated that he could not access the information.

6. I asked the customer service representative whether he knew if UPS would have traveled through Illinois on its way to the final destination of Texas.

7. The Customer Service representative advised that the UPS truck would have either traveled through Illinois or Kentucky.

8. On June 18, 2025, I asked UPS' counsel if he knew or had access to information regarding whether UPS' truck traveled through Illinois.

9. On June 27, 2025, I sent an email to UPS' counsel asking if he knew or had access to information regarding whether UPS' truck traveled through Illinois.

10. I have not received a response to my inquiry.

Dated 7/10/2025

_____
Michael Shacter