UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEEP HASH MINING, LLC,<br>A foreign limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br>BITMARS GROUP, INC., SHENZHEN<br>SHICHENG CLOUD COMPUTING<br>TECHNOLOGY CO., LTD.,<br>SHENZHEN ZINTIANCHEN FREIGHT<br>FORWARDING CO., LTD. AND PING AN<br>PROPERTY & CASUALTY INSURANCE<br>OF CHINA LTD. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 25-cv-03164<br>) District Judge Mary M. Rowland<br>) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS
BITMARS GROUP, INC.; SHENZHEN SHICHENG CLOUD COMPUTING
TECHNOLOGY CO., LTD.; SHENZHEN ZINTIANCHEN FREIGHT FORWARDING
CO LTD AND PING AN PROPERTY & CASUALTY INSURANCE OF CHINA LTD**

Now comes Plaintiff, Deep Hash Mining, LLC, by and through its attorneys, Michael Shacter of Shacter Law and stats for its Motion to Voluntarily Dismiss defendants Bitmars Group, Inc.; Shenzhen Shicheng Cloud Computing Technology Co., Ltd; Shenzhen Zintianchen Freight Forwarding Co., Ltd and Ping AN Property & Casualty Insurance of China, Ltd. with prejudice states as follows:

1. Plaintiff requests that this Court enter the enclosed order dismissing the Defendants stated herein with prejudice.

2. The Case should remain pending as to United Parcel Services, Inc.

WHEREFORE, Plaintiff requests that this Court enter an order dismissing Bitmars Group, Inc.; Shenzhen Shicheng Cloud Computing Technology Co., Ltd; Shenzhen Zintianchen Freight

1

forwarding Co., Ltd and Ping AN Property & Casualty Insurance of China, Ltd. with prejudice and that the claim remaining pending against Defendant United Parcel Service, Inc.

                                                **DEEP HASH MINING, LLC**

By: _____
                                                             One of its Attorneys

Michael Shacter
Shacter Law
1603 Orrington Ave., Suite 600
Evanston IL 60201
847-942-7208
mshacter@shacterlawfirm.com