**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Deep Hash Mining, LLC
                                Plaintiff,

v.                                                    Case No.: 1:25−cv−03164
                                                          Honorable Mary M. Rowland

Uniited Parcel Service, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Plaintiff's motion to voluntarily dismiss Defendants Bitmars Group, Inc.; Shenzhen Shicheng Cloud Computing Technology Co., Ltd; Shenzhen Zintianchen Freight forwarding Co., Ltd and Ping AN Property & Casualty Insurance of China, Ltd. with prejudice. Enter order. Case remains pending against Defendant United Parcel Service, Inc. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.