# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEEP HASH MINING, LLC,<br>A foreign limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br>BITMARS GROUP, INC., SHENZHEN<br>SHICHENG CLOUD COMPUTING<br>TECHNOLOGY CO., LTD.,<br>SHENZHEN ZINTIANCHEN FREIGHT<br>FORWARDING CO., LTD. AND PING AN<br>PROPERTY & CASUALTY INSURANCE<br>OF CHINA LTD. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 25-cv-03164<br>) District Judge Mary M. Rowland<br>) Magistrate Judge M. David Weisman<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISMISSAL ORDER**

This matter coming before the Court for Plaintiff's Motion to Voluntarily Dismiss defendants Bitmars Group, Inc.; Shenzhen Shicheng Cloud Computing Technology Co., Ltd; Shenzhen Zintianchen Freight Forwarding Co., Ltd and Ping AN Property & Casualty Insurance of China, Ltd. with prejudice

IT IS HEREBY ORDERED:

The Motion is granted and the case will remain pending as to United Parcel Services, Inc.

Dated: July 17, 2025

*Mary M Rowland*

MARY M. ROWLAND
United States District Judge

Prepared by:
Michael Shacter (mshacter@shacterlawfirm.com)
Shacter Law
1603 Orrington Ave., Suite 600
Evanston IL 60201
847-942-7208