IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEEP HASH MINING, LLC, <br> A foreign limited liability corporation <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., <br> BITMARS GROUP, INC., SHENZHEN <br> SHICHENG CLOUD COMPUTING <br> TECHNOLOGY CO., LTD., <br> SHENZEN ZINTIANCHEN FREIGHT <br> FORWARDING CO., LTD. AND PING AN <br> PROPERTY & CASUALTY INSURANCE <br> OF CHINA LTD. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-cv-03164 <br><br> Judge Mary M. Rowland |

**JOINT STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, DEEP HASH MINING, LLC ("Plaintiff"), and Defendant, UNITED PARCEL SERVICE, INC. ("UPS"), by and through their attorneys, state as follows:

1. UPS's Motion to Dismiss for lack of personal jurisdiction (Dkt. 21) is GRANTED without prejudice to Plaintiff's refiling in the jurisdiction set forth in paragraph 2. As such, UPS is not required to file a reply in support of its Motion to Dismiss.

2. This case is dismissed with leave for Plaintiff to refile this matter in the United States District Court for the Northern District of Georgia.

3. Upon Plaintiff refiling this matter in the Northern District of Georgia, UPS agrees not to object on personal jurisdiction or venue grounds.

Respectfully submitted,

| | |
|---|---|
| s/ Michael Shacter | /s John Ellis |
| *Attorney for Plaintiff Deep Hash Mining, LLC* | *Attorney for Defendant United Parcel Service, Inc.* |
| Michael Shacter<br>Shacter Law<br>1603 Orrington Ave., Suite 600<br>Evanston IL 60201<br>847-942-7208<br>mshacter@shacterlawfirm.com | John C. Ellis<br>ELLIS LEGAL P.C.<br>200 West Madison Street, Suite 2670<br>Chicago, Illinois 60606<br>(312) 767-3256<br>jellis@ellislegal.com |