# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Deep Hash Mining, LLC

                              Plaintiff,

v.                                                            Case No.: 1:25−cv−03164

                                                                        Honorable Mary M. Rowland

Uniited Parcel Service, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint stipulation of dismissal. [28]. The case is dismissed with leave for Plaintiff to refile this matter in the United States District Court for the Northern District of Georgia. Upon Plaintiff's refiling, Defendant agrees not to object on personal jurisdiction or venue grounds. All pending motions [21] denied as moot. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.